IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| FAMILY MEDICINE PHARMACY LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) ) | Civil Action No: 1:15-cv-00193-KD-B |
| STEWART MARKETING AND ASSOCIATES, INC. d/b/a BALTIMORE RESEARCH | ) ) ) ) ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL IN ACCORD WITH RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Plaintiff hereby dismisses this cause, with costs taxed as paid. Plaintiff notes that the defendant has not been served and has not filed an answer.

/s/ James H. McFerrin
Attorney for Plaintiff
265 Riverchase Parkway
Suite 202
Birmingham, Al 35244